# United States District Court
## *Southern District of Georgia*

FRANK KING, JR.

_____
Plaintiff

v.

GEORGIA PORTS AUTHORITY

_____
Defendant

Case No. __4:23-CV-00326__

Appearing on behalf of

__Defendant__

_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __31st__ day of __January__, __2024__.

*/s/ Christopher L. Ray*
UNITED STATES MAGISTRATE JUDGE

\*\*\*\*\*

| | |
|---|---|
| NAME OF PETITIONER: | Destiny Janese Burch |
| Business Address: | Kilpatrick Townsend & Stockton LLP |
| | Firm/Business Name |
| | 1100 Peachtree Street, Suite 2800 |
| | Street Address |
| | Atlanta    GA    30309 |
| | Street Address (con't)   City   State   Zip |
| | Mailing Address (if other than street address) |
| | Address Line 2   City   State   Zip |
| | 404-685-6793       834297 |
| | Telephone Number (w/ area code)   Georgia Bar Number |
| Email Address: | dburch@ktslaw.com |