**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

```
FRANK KING, JR.,              *
                             *
        Plaintiff,           *
                             *
        v.                   *         CV 423-326
                             *
GEORGIA PORTS AUTHORITY, et  *
al.,                         *
                             *
        Defendants.          *
```

---

**O R D E R**

---

Before the Court are Plaintiff's notices of voluntary dismissal without prejudice.  (Docs. 8, 12.)[1]  Plaintiff moves to dismiss Vince Hamilton, Griffith Lynch, James C. McCurry, Jr., and Susan E. Gardner as Defendants to this suit.  (Doc. 12, at 1.)  Plaintiff also dismisses the individual misidentified in the case caption as Greg Welsh; however, the individual identified as Greg Welch remains a Defendant.  (Id.)  Plaintiff also submitted a joint stipulation indicating the remaining Defendants consent to the dismissal of less than all the Parties.  (Doc. 12-1.)

Rule 41(a)(1)(A)(ii) only allows a plaintiff to "dismiss an action without a court order by filing . . . a stipulation of dismissal *signed by all parties who have appeared.*"  FED. R. CIV. P. 41(a)(1)(A)(ii) (emphasis added).  The Eleventh Circuit has

---

[1] Plaintiff filed two identical motions.  Thus, Plaintiff's first motion (Doc. 8) is **DENIED AS MOOT** and the Court considers the second motion herein.

found a stipulation of dismissal that "was not signed by all parties who have appeared in th[e] case" was invalid. <u>Hardnett v. Equifax Info. Servs., LLC</u>, No. 21-13195, 2023 WL 2056285, at *1 (11th Cir. Feb. 17, 2023). All Parties that have appeared signed the stipulation, thus the Court finds dismissal without prejudice of Vince Hamilton, Griffith Lynch, James C. McCurry, Jr., Susan E. Gardner, and Greg Welsh proper. (Doc. 12-1.)

Based on the foregoing, Plaintiff's notice of voluntary dismissal without prejudice (Doc. 12) is **GRANTED** and the Clerk is **DIRECTED** to **TERMINATE** Vince Hamilton, Griffith Lynch, James C. McCurry, Jr., Susan E. Gardner, and Greg Welsh as Defendants to this action.

**ORDER ENTERED** at Augusta, Georgia, this 2nd day of May, 2024.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA