IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| FRANK KING, JR., | * |
| Plaintiff, | * |
| v. | *  CV 423-326 |
| GEORGIA PORT AUTHORITY, et al., | * |
| Defendants. | * |

O R D E R

Before the Court is the Parties' joint stipulation of dismissal. (Doc. 34.) All Parties signed the stipulation; thus, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this 25th day of February, 2025.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA